UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA *et al.*,<br><br>Defendants. | Civil Action No. 08-0628 |

FILED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is this hereby

ORDERED that plaintiff's application [Dkt. 2] to proceed *in forma pauperis* is GRANTED; it is further

ORDERED that the complaint [Dkt. 1] is DISMISSED for lack of subject matter jurisdiction.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

Date: 5/8/08

United States District Judge